# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

　　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　　Case No. 3:17-cr-28

**KURON L. EVANS,**

　　　　Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO BE MARRIED WHILE IN CUSTODY

　　The Court finds the defendant's motion to be married while in custody (doc.103), filed September 22, 2017, well taken.

　　Therefore, IT IS THE ORDER OF THE COURT that the defendant's motion to be married while in custody is GRANTED, and will be conducted in accordance with the policies and procedures of both the U.S. Marshal as well as the facility in which the defendant is incarcerated.

　　IT IS SO ORDERED.

October 4, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THOMAS M. ROSE, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT