# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

|                |        |   |                                     |
|----------------|--------|---|-------------------------------------|
|                | Plaintiff, | : | Case No. 3:17-cr-028            |
|                |        |   | Also 3:19-cv-389                    |
|                |        |   |                                     |
|                |        |   | District Judge Thomas M. Rose       |
| -   vs   -     |        |   | Magistrate Judge Michael R. Merz    |

KURON EVANS,

|                |   |
|----------------|---|
| Defendant.     | : |

---

## NOTICE TO DEFENDANT

---

        This case under 28 U.S.C. § 2255 is before the Court on the filing of the Government's Response in Opposition to Defendant's Motion (ECF No. 210). When the Court ordered the Government to answer, it provided that Defendant could file a reply not later than twenty-one days after the Response was filed.

        Accordingly, Defendant is notified that his reply must be filed not later than June 3, 2020.

May 13, 2020.

                                        s/ *Michael R. Merz*
                                        United States Magistrate Judge

1